**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**
Alfred A. Arraj United States Courthouse Annex
901 19th Street, A1041
Denver, Colorado 80294
(303) 335-2350

**ROBERT E. BLACKBURN**
United States District Judge

# MEMORANDUM

**TO:**      Jeffrey P. Colwell, Clerk

**FROM:**    Judge Robert E. Blackburn

**DATE:**    December 22, 2022

**RE:**      Action No.  22-y-00375
             USA v. In the Matter of U.S Government Seizure of Approximately 80,000 Cryptocurrency Tokens

     Exercising my prerogative as a Senior Judge, I request that this action be reassigned.