IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.: 22-y-00375-CNS

(Related Case 1:22SW00819-GBG)

In the Matter of U.S. GOVERNMENT SEIZURE OF APPROXIMATELY 80,000 CRYPTOCURRENCY TOKENS FROM THE PREMISES LOCATED AT 8120 DARTMOOR, COLORADO SPRINGS, CO 80920 AND THE PERSON OF BRIAN KREWSON

## MOTION TO WITHDRAW

Pursuant to Local Rule 5(b), Attorney Jeffrey Chabrowe moves for leave to withdraw as counsel for Movant Christopher Castelluzzo in the above case. By his pro se September 25, 2023 filing (Dkt 30), Movant indicates he can no longer afford private representation and seeks removal of Counsel. Movant is also desirous of and has been submitting pro se filings advancing his own positions arrived at independently from consultation with Counsel. Counsel therefore seeks leave to withdraw. Pursuant to Local Rule 7.1(b)(4), Counsel has not conferred with opposing counsel.

DATED: November 1, 2023

Respectfully Submitted,

*Jeff Chabrowe*
**JEFFREY CHABROWE, ESQ.** (NY #3001328)
**LAW OFFICES OF JEFFREY CHABROWE**
521 Fifth Avenue, 17th Floor
New York, NY 10175
(917) 529-3921
*Counsel for Christopher Castelluzzo*