IN THE UNITED STATES DISTRCT COURT
FOR THE DISTRICT OF COLORADO

Case No: 22-y-00375-CNS

In Re: GOVERNMENT SEIZURE OF APPROXIMATELY 80,000 CRYPTOCURRENCY TOKENS FROM THE PREMISES LOCATED AT 8120 DARTMOOR, COLORADO SPRINGS, CO 80920 AND THE PERSON OF BRIAN KREWSON

_____

**UPDATED STATUS REPORT REGARDING RELATED CIVIL FORFEITURE PROCEEDINGS – NOVEMBER 3, 2023**
_____

The United States hereby notifies the Court, regarding the status of related civil forfeiture proceedings per the Court's Minute Order (Doc. 27).

1. On December 22, 2022, Mr. Castelluzzo filed a Motion for Return of Property that had been seized at a residence in the District of Colorado. (ECF No. 1)

2. On January 12, 2023, the United States filed a Response to Mr. Castelluzzo's Motion for Return of Property, stating that the United States Attorney's Office intended to file a civil forfeiture action against these assets in the District of New Jersey, at which time, Mr. Castelluzzo could contest the seizure and forfeiture of these assets. (Doc. 6)

3. Since the government's Response, the United States Attorney's Office for the District of New Jersey sought a few Ex Parte Orders to Extend Time to File a Complaint for Forfeiture under seal.

4. On October 31, 2023, the United States Attorney's Office for the District of Colorado filed a status report stating that it would file an additional status report as soon as it received confirmation that a civil forfeiture complaint had been filed.

5. On November 2, 2023, the United States Attorney's Office for the District of New Jersey filed a civil complaint, which is unsealed and gives Mr. Castelluzzo the opportunity to fully contest the forfeiture of the assets.

DATED at Denver, Colorado this 3rd day of November 2023.

COLE FINEGAN
United States Attorney

*s/ Tonya S. Andrews*
Tonya S. Andrews
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: 303-454-0100
Fax: 303-454-0405
Email: tonya.andrews@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of November 2023, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notice to all counsel of record.

                                                s/ *Sheri Gidan*
                                                FSA Paralegal
                                                Office of the U.S. Attorney